**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1729**

---

BASIL F. GRAHAM,

Plaintiff - Appellant,

versus

BILL CLINTON, President,

Defendant - Appellee.

---

**No. 98-1733**

---

BASIL F. GRAHAM,

Plaintiff - Appellant,

versus

BILL BLACK; LARRY SEIGLER; JOHN SHERIDAN;
TITLE INSURANCE COMPANY,

Defendants - Appellees.

**No. 98-1756**

BASIL F. GRAHAM,

           Plaintiff - Appellant,

   versus

HARRY COX,

           Defendant - Appellee.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-98-162-3, CA-98-163-3, CA-98-164)

Submitted: July 22, 1998      Decided: August 5, 1998

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Basil F. Graham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Basil F. Graham filed three civil actions. In No. 98-1729, Graham filed a complaint against President Clinton, and in No. 98-1733 and 98-1756, Graham filed a complaint against his former employers. The district court dismissed each complaint without prejudice for lack of personal jurisdiction and improper venue. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Graham v. Clinton, No. CA-98-162-3; Graham v. Black, No. CA-98-163-3; Graham v. Cox, No. CA-98-164 (E.D. Va. May 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3